# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| PAIGE F. BROWN, ) | **C.A. NO. 4:11-2174-RBH** |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAMSBURG COUNTY SCHOOL ) | |
| DISTRICT; NORMAN GAMBLE; ) | |
| WILLIAMSBURG COUNTY SCHOOL ) | **CONSENT ORDER OF DISMISSAL** |
| BOARD CHAIRMAN AND L.D. ) | |
| "KENT" EVANS, CHARLES GARNER, ) | |
| NORMA BARTELLE AND GLENN ) | |
| KENNEDY, IN THEIR OFFICIAL AND ) | |
| INDIVIDUAL CAPACITIES AS ) | |
| MEMBERS OF THE WILLIAMSBURG ) | |
| COUNTY SCHOOL DISTRICT, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

The above entitled matter having been compromised and settled, now, on motion of Young Clement Rivers, LLP, attorneys for Defendants Williamsburg County School District (WCSD), Norman Gamble; Williamsburg County School Board Chairman and L.D. "Kent" Evans, Charles Garner, Norma Bartelle and Glenn Kennedy, in their official and individual capacities as members of the Williamsburg County School District, and with the consent of Julius W. Babb, IV, Esquire, attorney for the Plaintiff, it is

ORDERED, ADJUDGED AND DECREED that the above case be ended and the cause of action therein sued upon be forever barred.

AND IT IS SO ORDERED.

                                                              s/R. Bryan Harwell
                                                              The Honorable R. Bryan Harwell
                                                              United States District Court

Florence, South Carolina

February 1, 2013

WE CONSENT:

| YOUNG CLEMENT RIVERS, LLP | J. LEWIS CROMER & ASSOCIATES, LLC |
|---|---|
| By: s/Wilbur E. Johnson<br>Wilbur E. Johnson, Esquire<br>Federal I.D. No. 2212<br>P.O. Box 993, Charleston, SC 29402-0993<br>Telephone: (843) 724-6659<br>Fax: (843) 579-1332<br>E-mail: wjohnson@ycrlaw.com<br><br>Attorneys for Defendants | By: s/Julius W. Babb, IV<br>Julius W. Babb, IV, Esquire<br>Federal I.D. No. 10500<br>Post Office 11675<br>Columbia, SC 29211-1675<br>Telephone: (803) 799-9530<br>Fax: (803) 799-9533<br>E-mail: JayB@jlewiscromerlaw.com<br><br>Attorneys for Plaintiff |